# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BRIDGETTE,<br><br>  Petitioner,<br><br>  v.<br><br>D. ASUNCION, Warden,<br><br>  Respondent. | Case No. CV 16-5677-SJO (JPR)<br><br>**J U D G M E N T** |

Under the Order Summarily Dismissing Petition for Writ of Habeas Corpus and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: August 9, 2016.

*S. James Otero*
S. JAMES OTERO
U.S. DISTRICT JUDGE